IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 23 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| LUMISOURCE, INC., an Illinois corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 04C 5075 |
| v. ) | |
| ) | Judge Joan B. Gottschall |
| TARGET CORPORATION, a Minnesota ) | Magistrate Judge Ashman |
| Corporation, ) | |
| ) | |
| Defendant. ) | |

## DISCLOSURE STATEMENT

Pursuant to F. R. Civ. Proc. 7.1 and Local Rule L3.2, defendant Target Corporation, a non-governmental agency, states:

1. it has no parent corporation, and

2. no publicly held company owns 10% or more of the stock of Target Corporation.

TARGET CORPORATION

_/s/ Edward D. Manzo_
One of its attorneys

DOCKETED
AUG 24 2004

Edward D. Manzo
Louis J. Alex
Cook, Alex, McFarron, Manzo, Cummings & Mehler, Ltd.
200 W. Adams, Suite 2850
Chicago, IL 60606

312-236-8500
emanzo@cammcm.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2004, the foregoing **Disclosure Statement** was served by mailing a copy via first class mail, postage prepaid, addressed to the following:

Jeffrey S. Wilson
Wilson & Associates
1821 Walden Office Square
Suite 400
Schaumburg, IL 60173

John Thompson Brown
Mike Yaghmai
Wildman Harrold
225 W. Wacker Drive
Suite 3000
Chicago, IL 60606

*Catherine Andres*
Catherine Andres